PENN'S MARKET I, L.P., Penn's Market II, L.P., Kurt L. McLaughlin and Herbert J. Farber Associates, Inc., Appellees

v.

HARLEYSVILLE MUTUAL INSURANCE COMPANY, Appellant.

Supreme Court of Pennsylvania.

Argued April 14, 2008.
Decided April 18, 2008.

Charles W. Craven, Esq., Marshall, Dennehey, Warner, Coleman & Goggin, P.C., Philadelphia, for Harleysville Mutual Insurance Company.

Steven D. Urgo, Esq., Louis B. Kupperman, Esq., Obermayer, Rebmann Maxwell & Hippel, L.L.P.; James C. Sargent, Jr., Esq., Lamb McErlane, P.C., Philadelphia, for Penn's Market I, L.P., et al.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD and MCCAFFERY, JJ.

### ORDER
PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

---

Ex Rel John SINGLETON

v.

Sylvester JOHNSON, Police Commissioner, Philadelphia Police Department

Appeal of: John Singleton.

Supreme Court of Pennsylvania.

Argued April 15, 2008.
Decided April 18, 2008.

Lester Roy Zipris, Esq., Ellen T. Greenlee, Esq., Karl Baker, Esq., Defender Association of Philadelphia, Philadelphia, for John Singleton.

Hugh J. Burns, Jr., Esq., Priya M. Travassos, Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, and MCCAFFERY, JJ.

### ORDER
PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**